# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:00CR00045-001 SWW

LOUIS RICK ROWLAND, JR.

### ORDER

The above entitled cause came on for a hearing on petition to revoke the supervised released granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of a preponderance of the evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED that the government's motion is granted, and the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is committed to the custody of the Bureau of Prisons to serve a term of imprisonment of EIGHTEEN (18) MONTHS. The Court recommends that defendant be incarcerated in the facility located in Forrest City, Arkansas.

There will be no supervised release following defendant's term of imprisonment.

The defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 5th day of April, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE